UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00150-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JEREMY JARELL BELK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Objections to February 18, 2014 Order of Detention. Having considered defendant's Objections and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Objections to February 18, 2014 Order of Detention (#17) are **CALENDARED** for hearing March 13, 2014, at 9 a.m.

Signed: 3/4/2014

Max O. Cogburn Jr.
United States District Judge